Lawrence SCHNAGL, Relator,

v.

Mike GARANT and Special Compensation Fund, Respondents.

No. C6–99–1330.

Supreme Court of Minnesota.

Oct. 26, 1999.

David R. Ludgwigson, St. Paul, for appellant.

Thaddeus V. Jude, St. Paul, for respondents.

### ORDER

Based upon all the files, records and proceedings herein,

IT IS HEREBY ORDERED that the decision of the Workers' Compensation Court of Appeals filed July 22, 1999, be, and the same is, affirmed without opinion.

*See* Minn. R. Civ.App. P. 136.01, subd. 1(b).

BY THE COURT:

Kathleen A. Blatz

Kathleen A. Blatz
Chief Justice